Certificate Number: 01401-PAE-DE-031588428

Bankruptcy Case Number: 18-14532



01401-PAE-DE-031588428

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2018, at 11:46 o'clock AM EDT, Kenneth J Huller completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 9, 2018          By:   /s/Jeremy  Lark

Name:   Jeremy  Lark

Title:   FCC Manager